

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| VICTOR MOLINAR | § | No. 08-19-00126-CR |
| Appellant, | § | Appeal from the |
| v. | § | 34th District Court |
| THE STATE OF TEXAS | § | of El Paso County, Texas |
| State. | § | (TC# 20170D05754) |
| | § | |

**O R D E R**

The Court GRANTS the Appellant's fourth motion for extension of time within which to file the brief until **January 26, 2020.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Louis Elias Lopez, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before January 26, 2020.

IT IS SO ORDERED this 15th day of January, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.